U.S. DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Anthony Kelly,
    Plaintiff

vs.

Alberto Gonzales, et al.
    Defendants

Case no. 06-1715

## PLAINTIFF MOTION TO REPLY TO THE COURT ORDER DATED SEPTEMBER 26, 2006

1. Now comes the plaintiff Anthony Kelly, by and through Pro Se, strongly OBJECTED to the court order dated Sept. 26, 2006. Court states, If the court determines that plaintiff's does not have sufficient funds to pay the filing fee at one time, the court will assess an initial partial filing fee. After payment of the initial partial filing fee, monthly payments of 20 percent of the deposits made to the plaintiffs trust fund account during the ~~prec~~ preceeding month will be forwarded to the clerk of the court each time the account balance exceeds $10.00. Payments will continue until the filing fee is paid. Plaintiff strongly objected on the ground plaintiff had filed his Emergency Motion To Process In Forma Pauperis, in this above case, and sent a copy of his account statement, and request that the court waive all filing fees and costs. Plaintiff cannot afford to pay 20 percent of the $350.00 every month out of plaintiff trust fund account. Plaintiff strongly objected and request to this court to waive the 20 percent and all filing fees and costs and plaintiff request to this court to ORDER the defendants to pay all filing fees and costs of the plaintiff.

2. Plaintiff ask the court to please do not show "favoritism" toward the defendants, just because the plaintiff is filing this lawsuit against

U.S. DISTRICT COURT

(2)

to process with his lawsuit against the U.S. Dept. of Justice. Plaintiff cannot afford to pay 20 percent of the filing fee every month, because (1) plaintiff is lock-up, (2) plaintiff do not have a job, (3) plaintiff do not have any money, and (4) the little money that plaintiff father Roosevelt Kelly sent him is for plaintiff to buy 16 book of stamps (cost $62.40) to mail off legal package to the courts, legal mails and other mail packages.

3. Plaintiff ask the judge not to abuse his discretion in this above case, plaintiff ask the judge not to engaged in judicial misconduct while in office, plaintiff ask the judge not to commit sanctionable conduct, plaintiff ask the judge not to conduct prejudicial to the proper administration of justice, plaintiff ask the judge not to conduct constituting a violation of the District of Columbia code of Judicial Conduct and plaintiff ask the judge not to show prejudicial toward plaintiff by denying his motion to process in forma pauperis or ordering the plaintiff to pay 20 percent of the filing every month. (See a Plaintiff certified copy of his trust fund account statement, ~~including the supporting ledger sheet~~, attached).

WHEREFORE, plaintiff Anthony Kelly prays to this Honorable Court to grant the following below:

    a. ORDERED, that plaintiff filing fees and costs be waive;
    b. ORDERED, that plaintiff do not have to pay 20 percent of the filing fees, for good cause show above.

Respectfully submitted,

10-11-06
DATE

_Anthony Kelly_
Anthony Kelly, 02-6272

"CERTIFICATE OF SERVICE"

I, plaintiff HEREBY CERTIFY that on this 11 day of Oct. 2006 the forgoing was mail to:

        Alberto Gonzales, U.S. Attorney Gen.
        U.S. Department of Justice
        950 Penn Ave, N.W.
        Washington, D.C. 20530

_____
Anthony Kelly



**STATE OF MARYLAND**
# DHMH
Maryland Department of Health and Mental Hygiene
Clifton T. Perkins Hospital Center
8450 Dorsey Run Road • Jessup, Maryland 20794

## Account Statement  (3/1/2006 - 3/31/2006)

ANTHONY    KELLY                           Patient Number   11726
Ward  1E

| Account Type : | NON-IBA | | Bank Account Number | 0 | |
|---|---|---|---|---|---|
| Transaction Date | Batch Number | Description | | Account Code | Amount |
| | | BALANCE BROUGHT FORWARD | | 100 | -$0.54 |
| 3/1/2006 | 0 | REC. 48621 ROOSEVELT KELLY | | 300 | $50.00 |
| 3/1/2006 | 414 | VZ-000607 PHONE CARDS 3/7 | | 500 | -$6.00 |
| 3/7/2006 | 424 | REC. 48651 ROOSEVELT KELLY | | 300 | $20.00 |
| 3/8/2006 | 425 | VZ-000608 CANTEEN 3/7 | | 200 | -$17.95 |
| 3/8/2006 | 426 | VZ-000616 WARD PARTY | | 500 | -$7.82 |
| 3/13/2006 | 431 | VZ-000617 CANTEEN 3/14 | | 200 | -$14.30 |
| 3/15/2006 | 433 | VZ-000620 CANTEEN 3/21 | | 200 | -$21.00 |
| 3/22/2006 | 441 | VZ-000637 HAIRCUT 3/8/06 | | 500 | -$8.00 |
| 3/22/2006 | 442 | REC. 48861 R. KELLY | | 300 | $10.00 |
| 3/29/2006 | 458 | | | Total | $4.39 |



STATE OF MARYLAND
# DHMH

Maryland Department of Health and Mental Hygiene
Clifton T. Perkins Hospital Center
8450 Dorsey Run Road • Jessup, Maryland 20794

### Account Statement   (4/1/2006 - 4/30/2006)

ANTHONY    KELLY                            Patient Number   11726
Ward  1E

| Account Type: | NON-IBA | | Bank Account Number | 0 | |
|---|---|---|---|---|---|
| Transaction Date | Batch Number | Description | | Account Code | Amount |
| 4/1/2006 | 0 | BALANCE BROUGHT FORWARD | | 100 | $4.39 |
| 4/5/2006 | 468 | VZ-000662 CANTEEN 4/4 | | 200 | -$4.38 |
| 4/11/2006 | 476 | REC. 48928 ROOSEVELT KELLY | | 300 | $20.00 |
| 4/12/2006 | 477 | REC. 48929 AUX GIFT | | 300 | $25.00 |
| 4/19/2006 | 489 | VZ-000687 CANTEEN 4/19 | | 200 | -$16.45 |
| 4/27/2006 | 502 | REC. 49080 | | 300 | $75.00 |
| 4/28/2006 | 503 | CANTEEN 4/25 | | 200 | -$17.95 |
| | | | | Total | $85.61 |



STATE OF MARYLAND
# DHMH

Maryland Department of Health and Mental Hygiene
Clifton T. Perkins Hospital Center
8450 Dorsey Run Road • Jessup, Maryland 20794

Account Statement   (5/1/2006 - 5/30/2006)

ANTHONY   KELLY                                      Patient Number   11726
Ward   1E

| Account Type : | NON-IBA | | Bank Account Number | 0 | |
|---|---|---|---|---|---|
| Transaction Date | Batch Number | Description | | Account Code | Amount |
| 5/1/2006 | 0 | BALANCE BROUGHT FORWARD | | 100 | $85.61 |
| 5/2/2006 | 510 | PHONE CARD 5/2 | | 500 | -$6.00 |
| 5/2/2006 | 511 | TREASURER STATE OF MARYLAND | | 500 | -$10.50 |
| 5/3/2006 | 514 | CANTEEN 5/2 | | 200 | -$9.90 |
| 5/12/2006 | 528 | CANTEEN 5/9 | | 200 | -$20.95 |
| 5/15/2006 | 532 | MEDICAL RECORD COPIES 4/26 | | 500 | -$4.00 |
| 5/18/2006 | 539 | CANTEEN 5/16 | | 200 | -$17.50 |
| 5/19/2006 | 543 | ROOSEVELT KELLY | | 300 | $60.00 |
| 5/23/2006 | 549 | BARBER SHOP | | 500 | -$8.00 |
| 5/24/2006 | 553 | CANTEEN 5/23 | | 200 | -$17.05 |
| 5/24/2006 | 554 | PHONE CARD 5/23 | | 500 | -$6.00 |
| | | | | Total | $45.71 |



**STATE OF MARYLAND**
# DHMH

Maryland Department of Health and Mental Hygiene
Clifton T. Perkins Hospital Center
8450 Dorsey Run Road • Jessup, Maryland 20794

Account Statement   (6/1/2006 - 6/30/2006)

ANTHONY    KELLY                                    Patient Number   11726
Ward   1E

Account Type :   NON-IBA         Bank Account Number   0

| Transaction Date | Batch Number | Description | Account Code | Amount |
|---|---|---|---|---|
| 6/1/2006 | 0 | BALANCE BROUGHT FORWARD | 100 | $25.06 |
| 6/2/2006 | 567 | ROOSEVELT KELLY | 300 | $30.00 |
| 6/8/2006 | 576 | CANTEEN 6/6 | 200 | -$14.30 |
| 6/14/2006 | 585 | ROOSEVELT KELLY | 300 | $40.00 |
| 6/15/2006 | 587 | CANTEEN 6/13 | 200 | -$20.40 |
| 6/16/2006 | 590 | BARBER SHOP | 500 | -$8.00 |
| 6/16/2006 | 589 | WARD PARTY | 500 | -$8.05 |
| 6/21/2006 | 595 | PHONE CARD 6/20 | 500 | -$6.00 |
| 6/22/2006 | 597 | CANTEEN 6/20 | 200 | -$18.85 |
| 6/28/2006 | 611 | CANTEEN 6/27 | 200 | -$18.50 |
| 6/29/2006 | 615 | MEC REC COPIES 6/6 | 500 | -$1.50 |
| 6/29/2006 | 615 | MED REC COPIES 5/23 | 500 | -$1.50 |
| | | | Total | -$2.04 |



**STATE OF MARYLAND**
# DHMH

Maryland Department of Health and Mental Hygiene
Clifton T. Perkins Hospital Center
8450 Dorsey Run Road • Jessup, Maryland 20794

## Account Statement   (7/1/2006 - 7/31/2006)

ANTHONY    KELLY                                      Patient Number    11726
Ward  1E

| Account Type : | NON-IBA | Bank Account Number | 0 | |
|---|---|---|---|---|
| **Transaction Date** | **Batch Number** | **Description** | **Account Code** | **Amount** |
| 7/1/2006 | 0 | BALANCE BROUGHT FORWARD | 100 | -$2.04 |
| 7/3/2006 | 1 | ROOSEVEL KELLY | 300 | $60.00 |
| 7/6/2006 | 6 | CANTEEN 7/5 | 200 | -$20.40 |
| 7/11/2006 | 13 | AUX GIFT | 300 | $25.00 |
| 7/12/2006 | 16 | CANTEEN 7/11 | 200 | -$21.60 |
| 7/20/2006 | 31 | BARBER SHOP | 500 | -$8.00 |
| 7/20/2006 | 29 | CANTEEN 7/18 | 200 | -$21.85 |
| 7/21/2006 | 35 | ROOSEVELT KELLY | 300 | $70.00 |
| 7/26/2006 | 41 | CANTEEN 7/25 | 200 | -$22.95 |
| 7/27/2006 | 44 | TREASURER STATE OF MARYLAND | 500 | -$3.00 |
| | | | **Total** | **$55.16** |



**STATE OF MARYLAND**
# DHMH
Maryland Department of Health and Mental Hygiene
Clifton T. Perkins Hospital Center
8450 Dorsey Run Road • Jessup, Maryland 20794

Account Statement   (8/1/2006 - 8/31/2006)

ANTHONY   KELLY                             Patient Number   11726
Ward  1E

Account Type :   NON-IBA              Bank Account Number   0

| Transaction Date | Batch Number | Description | Account Code | Amount |
|---|---|---|---|---|
| 8/1/2006 | 0 | BALANCE BROUGHT FORWARD | 100 | $55.16 |
| 8/2/2006 | 51 | CANTEEN 8/1 | 300 | -$17.70 |
| 8/5/2006 | 106 | R.KELLY | 300 | $60.00 |
| 8/10/2006 | 61 | CANTEEN 8/8 | 200 | -$17.70 |
| 8/10/2006 | 62 | ROOSEVELT KELLY | 300 | $15.00 |
| 8/11/2006 | 64 | WARD PARTY | 500 | -$7.00 |
| 8/15/2006 | 70 | PHONE CARD 8/15 | 500 | -$6.00 |
| 8/16/2006 | 72 | CANTEEN 8/15 | 200 | -$18.55 |
| 8/18/2006 | 78 | ROOSEVELT KELLY | 300 | $50.00 |
| 8/22/2006 | 83 | CANTEEN 8/22 | 200 | -$17.70 |
| 8/31/2006 | 101 | BARBER SHOP | 500 | -$8.00 |
| 8/31/2006 | 100 | CANTEEN 8/29 | 200 | -$20.95 |
| | | | Total | $66.56 |



**STATE OF MARYLAND**
# DHMH

Maryland Department of Health and Mental Hygiene
Clifton T. Perkins Hospital Center
8450 Dorsey Run Road • Jessup, Maryland 20794

Account Statement    (9/1/2006 - 9/30/2006)

| ANTHONY | KELLY | | Patient Number | 11726 |
|---|---|---|---|---|

Ward  1E

| Account Type : | NON-IBA | | Bank Account Number | 0 |
|---|---|---|---|---|

| Transaction Date | Batch Number | Description | Account Code | Amount |
|---|---|---|---|---|
| 9/1/2006 | 0 | BALANCE BROUGHT FORWARD | 100 | $66.56 |
| 9/6/2006 | 109 | CANTEEN 9/5 | 200 | -$6.55 |
| 9/12/2006 | 117 | PHONE CARD 9/12 | 500 | -$6.00 |
| 9/13/2006 | 120 | CANTEEN 9/12 | 200 | -$18.70 |
| 9/20/2006 | 132 | CANTEEN 9/19 | 200 | -$17.70 |
| 9/25/2006 | 138 | BARBER SHOP 9/15 | 500 | -$3.00 |
| 9/29/2006 | 144 | CANTEEN 9/28 | 200 | -$13.75 |
| | | | Total | $0.86 |